**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Soto, | No. CV-10-1294 PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Central Mortgage Company, | |
| Defendant. | |

Plaintiff filed a complaint against Defendant on May 28, 2010 in the Superior Court for Maricopa County. Defendant removed this matter to this Court on June 18, 2010. Doc. 1. On June 21, 2010, Defendant filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6). Doc. 3. Plaintiff filed no response. On August 4, 2010, the Court warned Plaintiff that he must file a response by August 13, 2010 and that, if he failed to do so, the Court would summarily grant the motion to dismiss. Plaintiff still filed no response.

Pursuant to Rule 7.2 of the Local Rules of Civil Procedure, the Court will deem Plaintiff's failure to respond as "consent to the . . . granting of the motion[.]" LRCiv 7.2(i).

**IT IS ORDERED:**

1. Defendant's motion to dismiss (Doc. 3) is **granted**.

2. The Clerk of Court shall terminate this action.

DATED this 23rd day of August, 2010.

David G. Campbell
United States District Judge